KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHERRY DIETZMANN, Individually; Jason Anderson, by and through His Mother and Guardian, CHERRY DIETZMANN; and DARLA ANDERSON, By and through Her Mother and Guardian, CHERRY DIETZMANN,<br><br>               Plaintiffs,<br>  v.<br><br>CITY OF HOMER; the HOMER POLICE DEPARTMENT; HOMER CHIEF OF POLICE MARK ROBL; SERGEANT LAWRENCE KUHNS; SERGEANT WILLIAM HUTT, OFFICER DAVID SHEALY; OFFICER STACY LUCK; JOHN and/or JANE DOE HOMER POLICE OFFICERS 1-10; STATE OF ALASKA; ALASKA STATE TROOPERS; ALASKA STATE TROOPER ARTHUR "TOM" DUNN; ALASKA STATE TROOPER VIC AYE; ALASKA STATE TROOPER DETECTIVE DAVID SHERBAHN; ALASKA STATE TROOPER MICHAEL HENRY; ALASKA STATE TROOPER CAPTAIN TOM BOWMAN; ALASKA STATE TROOPER INVESTIGATOR DAVID HANSON; ALASKA STATE TROOPER INVESTIGATOR TIM | Case No. _____<br><br>Alaska Superior Court Case<br>  Case No. 3KN-08-156 CI<br><br>**NOTICE OF REMOVAL** |

| | |
|---|---|
| HUNYOR; ALASKA STATE TROOPER INVESTIGATOR EUGENE FOWLER; ALASKA STATE TROOPER INVESTIGATOR SCOTT BRIGGS; ALASKA STATE TROOPER TRAVIS BORDNER; ALASKA STATE TROOPER INVESTIGATOR ROBERT HUNTER; ALASKA STATE TROOPER INVESTIGATOR MARK PEARSON; ALASKA STATE TROOPER INVESTIGATOR MICHELYN GRIGG; ALASKA STATE TROOPER SGT. RANDY McPHERRON; ALASKA STATE TROOPER INVESTIGATOR ERIC BURROUGHS; JOHN and/or JANE DOES ALASKA STATE TROOPERS 11-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| CITY OF HOMER, | ) ) |
| Defendant/ Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, UNITED STATES MARSHAL'S OFFICE, KEVIN GUINN, JOHN OLSON, JR. AND JASON ANDERSON, SR., | ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) |

The United States, via the United States Attorney's Office, gives notice to this Court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District at Kenai. The notice is based on the following:

1.      Plaintiff Cherry Dietzman, individually and as Mother and Guardian of her minor children, Jason Anderson and Darla Anderson, filed a civil action in the Superior Court for the State of Alaska against the City of Homer, the Homer Police Department, and other defendants, Case No. 3 KN-08-156 Civil ("the State Action").[1] The Complaint alleged that the defendants were involved in the "negligent and/or reckless planning and execution of the attempted arrest of Jason Anderson," and that the defendants were liable in tort for various injuries to the Plaintiffs that allegedly resulted from the attempted arrest of Jason Anderson.[2] The Complaint further alleged that certain unamed "employees and/or agents of the United States Government and/or the United States Marshals" were also "negligent, reckless, and/or culpable" with regard to the alleged events and liable for the alleged injuries and damages to the Plaintiffs.[3]

2.      Defendants City of Homer, Homer Police Department, and individual Homer law enforcement officers ("City Defendants") filed their Answer and Third-Party Complaint in the State Action.[4] In their Third-Party Complaint, the City Defendants named the United States, the United States Marshal's Office, Deputy U.S. Marshals Kevin Guinn and John Olson, Jr., and Jason Anderson, Sr. as Third-Party Defendants. The City Defendants have asserted potential claims for apportionment of fault and damages under AS 09.17.080 against the Third-Party

---

[1] A copy of the Complaint is attached with this Notice of Removal as Exhibit B.

[2] Exhibit B, Complaint Paragraphs 24 - 28, 38 - 39, 43 - 47.

[3] Exhibit B, Complaint Paragraph 29.

[4] A copy of the City Defendants' Answer and Third-Party Complaint is attached with this Notice of Removal as Exhibit A.

Defendants, including the United States and the United States Marshal's Service (USMS), an agency of the United States.[5]

3.  To the extent that the City Defendants' claims for apportionment of fault as to the United States and the USMS in the State Action sound in tort for the alleged injuries and damages to the Plaintiffs, these claims are subject to the Federal Tort Claims Act, 28 U.S.C. §§ 2671 - 2680. This Court has exclusive jurisdiction over the City Defendants' tort claims for apportionment of fault and potential "money damages" against the Federal Defendants, pursuant to 28 U.S.C. §§ 1331, 1346 and 28 U.S.C. §2679(b)(1).

4.  This Notice of Removal is brought pursuant to 28 U.S.C. § 1442 (removal for civil actions in a State court against the United States or any agency of the United States) and 28 U.S.C. §§ 1331, 1346, 1446, and 2679(b)(1).

5.  A Notice of Filing Removal of a Civil Action together with a copy of this Notice are being filed in the state court where the State Action is pending.

6.  Plaintiff Cherry Dietzman, has filed a separate federal court civil action against the United States, the USMS, and other defendants alleging related tort claims arising out of the same underlying events (attempted arrest of Jason Anderson, Sr.) and alleged injuries to the Plaintiffs. *Cherry Dietzman et al. v. United States of America et al.,* Case No. 3:09-cv-0019-RJB (the "Federal Action"). The United States has asserted a Third-Party Complaint in the Federal Action seeking apportionment of fault as to the City of Homer. The City of Homer has also asserted a Third-Party Complaint in the Federal Action seeking apportionment of fault as to

---

[5] Exhibit A, Third-Party Complaint pp. 14 - 17.

Jason Anderson, Sr. The Federal Action is currently pending in the District Court and is assigned to U.S. Senior District Judge Robert J. Bryan.

Respectfully submitted this 27th day of October, 2009.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK# 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2009,
a copy of the foregoing **NOTICE OF REMOVAL**
was served electronically on:

Frank Koziol
Pamela Sullivan
Marion Kelly
Phillip Weidner


s/ Gary M. Guarino.